UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARTIN CANO                                          CIVIL ACTION

VERSUS                                               NO: 12-2328

DEUTSCHE BANK NATIONAL TRUST                         SECTION: "A" (2)
CO., ET AL.

### ORDER

Defendants having advised the Court that they intend to update and modify their motion to dismiss (Rec. Doc. 12) now that Plaintiff has raised additional claims in his amended complaint,

Accordingly;

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Rec. Doc. 12)** is **DISMISSED** as moot. Defendants will re-file their motion to dismiss in its entirety within twenty (20) days of the filing of the amended complaint.

January 25, 2013

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE