UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN CANO | CIVIL ACTION |
| VERSUS | NO: 12-2328 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al | SECTION: "A" |

## ORDER TO SHOW CAUSE

Defendant Downs Financial, Inc. was served on October 10, 2012 (Rec. Doc. #9). The defendant has not filed an answer. The plaintiff has not requested an entry of default against the defendant.

The plaintiff attempted service upon defendant New Century Mortgage Securities, LLC but service was returned as unclaimed (Rec. Doc. # 11).

Federal Rule of Civil Procedure 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after filing the complaint, the Court, upon its own motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, absent an appearance by the defendant or request for entry of default upon certain defendants, the plaintiff is **ORDERED** to show cause on or before **March 8, 2013**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendants should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 30th day of January 2013.

JAY C ZAINEY
UNITED STATES DISTRICT JUDGE