UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN CANO | * | CIVIL ACTION NO. 2:12-CV-02328- |
| Plaintiff | * | JCZ-JCW |
| VERSUS | * | |
| | * | |
| DEUTSCHE BANK NATIONAL TRUST | * | |
| COMPANY, INDENTURE TRUSTEE | * | JUDGE JAY C. ZAINEY |
| FOR NEW CENTURY HOME EQUITY | * | |
| LOAN TRUST 2005-03, SHAPIRO AND | * | |
| DAIGREPONT, LLC, DOWNS | * | MAGISTRATE JUDGE JOSEPH |
| FINANCIAL INC., NEW CENTURY | * | C. WILKINSON, JR. |
| MORTGAGE SECURITIES LLC, | * | |
| NC CAPITAL CORPORATION AND | * | |
| CARRINGTON MORTGAGE SERVICES | * | |
| LLC | * | |
| Defendants | | |

*************************************************************************

## MEMORANDUM IN SUPPORT OF
## MOTION FOR NEW TRIAL

MAY IT PLEASE THE COURT:

This motion for new trial is brought pursuant to Rule 59 of the Federal Rules of Civil Procedure. This Court is empowered to grant a new trial in its discretion. The Court is authorized to grant this new trial as the Order dated July 29, 2013 is against the weight of the evidence. Stated in the motion, this motion is relevantly simple in that it pertains to the fact that the Court stated as follows:

> The record unequivocally demonstrates that Cano was aware of the facts giving rise to these claims no later than June 22, 2011, when he executed 'notice of invalid successor trustee sale' that he filed in the state court proceeding.

The court also looked at an affidavit which had been filed dated July 18, 2011 to state to hold that he was aware on those dates. However, plaintiff submits that he was not fully aware of

an actionable cause of action until he received the report in October 2011 from a company that was actually certified to examine signatures and render an opinion regarding their validity. This should be the operative date and plaintiff simply makes the argument herein that this is the date on which the Court should have based its decision.

Accordingly, any claims dismissed based upon the Court's interpretation of this "awareness" should not have been dismissed nor should any claims have been dismissed if they are contingent upon the earlier dates as being the operative point of his knowledge of potential causes of action.

Respectfully submitted,

BUTLER MORDOCK, P.L.C.

By: /s/Gerard O. Salassi, IV
    CRAIG J. MORDOCK (#27014)
    GERARD O. SALASSI, IV (19769)
    8220 Maple Street
    New Orleans, Louisiana 70118
    Phone: 504-304-2335
    Fax:  504-342-2154

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTIN CANO | * | CIVIL ACTION NO. 2:12-CV-02328- |
| Plaintiff | * | JCZ-JCW |
| VERSUS | * | |
| | * | |
| DEUTSCHE BANK NATIONAL TRUST | * | |
| COMPANY, INDENTURE TRUSTEE | * | JUDGE JAY C. ZAINEY |
| FOR NEW CENTURY HOME EQUITY | * | |
| LOAN TRUST 2005-03, SHAPIRO AND | * | |
| DAIGREPONT, LLC, DOWNS | * | MAGISTRATE JUDGE JOSEPH |
| FINANCIAL INC., NEW CENTURY | * | C. WILKINSON, JR. |
| MORTGAGE SECURITIES LLC, | * | |
| NC CAPITAL CORPORATION AND | * | |
| CARRINGTON MORTGAGE SERVICES | * | |
| LLC | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for New Trial has been served upon all counsel of record by electronic transmission on this 21st day of August, 2013.

s/Gerard O. Salassi, IV
Gerard O. Salassi, IV