

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

September 05, 2013

Clerk's Office - Eastern District of Lousiana United States District Court

New Orleans, LA  70130

Re:  Martin Cano, Pltf. vs. Deutsche Bank National Trust Company, et al. including New Century Mortgage Securities LLC, Dfts.

Case No.  122328  A   # 76

Dear Sir/Madam:

We are returning documents served/received for New Century Mortgage Securities LLC.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,


The Corporation Trust Company

Log# 523440904

Sent By Regular Mail




**(Returned To)**

Clerk's Office - Eastern District of Lousiana United States District Court

New Orleans, LA  70130

CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS, LA 70130**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. District Court - Eastern District of Louisiana

------------------------------------------------

New Century Mortgage Securities LLC
Through registered agent The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801
US

------------------------------------------------

Case: 2:12-cv-02328   #76
14 pages.
Thu Aug 29 17:03:04 2013